# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Anthony Gentry | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-342 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Joint Motion to Remand to the Commissioner is ACCEPTED; Judgment in Plaintiff's favor under Fed. R. Civ. P. 58; REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g) and case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for Joint Motion to Remand

Date: 4/13/2017

CLERK OF COURT

Sophia R. Bryant
Signature of Clerk or Deputy Clerk